# United States District Court
## Southern District of Georgia



2005 OCT 24  P 2:01

| Patricia Turner | Case No. CV205-171 | CLERK _L. LaVictoire_ |
|---|---|---|
| Plaintiff | | |

v.                     Appearing on behalf of

TitleWave of Georgia, Inc.        TitleWave of Georgia, Inc.
Defendant                (P~~laintiff~~/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 24th day of Oct., 2005.

_/s/ James E. Graham_
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:**   Fred J. Stokes

**Business Address:**   Fred Stokes & Associates, P.C.
                 Firm/Business Name

11 Lumpkin Street
Street Address

Suite 100          Lawrenceville   GA   30045
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2         City, State, Zip

678-518-4341           683125
Telephone Number (w/ area code)   Georgia Bar Number